TARTER KRINSKY & DROGIN LLP
Mark Berkowitz
Nels T. Lippert, *pro hac vice to be filed*
Chandler Sturm, *pro hac vice to be filed*
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
mberkowitz@tarterkrinsky.com
nlippert@tarterkrinsky.com
csturm@tarterkrinsky.com

*Attorneys for Plaintiff*
*Times Three Clothier, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMES THREE CLOTHIER, LLC, | Civ. Action No. 22-cv-3013 |
| *Plaintiff*, | **COMPLAINT AND** |
| v. | <u>**JURY TRIAL DEMANDED**</u> |
| RACK'S OFFPRICE, RICHARD DWECK, DEBRA DWECK, CHEAP MAGGIE'S, LLC, JOSEPH DWECK and ALAN JACOBS, | |
| *Defendants*. | |

[PROPOSED] ~~TEMPORARY RESTRAINING ORDER AND~~ ORDER TO SHOW
<u>CAUSE BRINGING ON MOTION FOR PRELIMINARY INJUNCTION</u>

1

THIS MATTER having been brought before the Court on Plaintiff Times Three Clothier, LLC's ("Plaintiff" or "TTC") Application for a Temporary Restraining Order and Preliminary injunction pursuant to Federal Rule of Civil Procedure 65, against Defendants Rack's OffPrice, Richard Dweck, Debra Dweck, Cheap Maggie's, LLC, Joseph Dweck and Alan Jacobs (individually and collectively, "Defendants"), and the Court having considered the papers filed in support, including the Complaint, Memorandum of Law, supporting Declaration of Eric Rothfeld, and the exhibits submitted herewith, and, for good and sufficient cause having been shown;

IT IS ON THIS **24th** day of **May**, 2022,

ORDERED, that Defendants Rack's OffPrice, Richard Dweck, Debra Dweck, Cheap Maggie's, LLC, Joseph Dweck and Alan Jacobs (together, "Defendants") shall show cause before this Court in Courtroom **4**, in the United States District Court for the District of New Jersey, at the Courthouse located at **Federal Sq. US Post Office**, on **June 22**, 2022 at **10 a**.m, or as soon thereafter as counsel can be heard, why an Order pursuant to Federal Rule of Civil Procedure 65 should not be entered preliminarily enjoining Defendants from copying, making derivative works, reproducing, duplicating, disseminating, distributing copies of, or displaying photographs copied or derived from Plaintiff's copyrighted photos, including photographs that are the subject of U.S. Copyright Registration Nos. VAu 1-454-891, VAu 1-466-094, VAu 1-466-135, and VAu 1-461-304 (Exhibits A–D of the Declaration of Eric Rothfeld, submitted herewith), and those depicted in Exhibits E–G of same; and it is further

*that temporary, ex parte restraints*

ORDERED, that pending the hearing and determination of Plaintiff's application for *are denied for failure to make sufficient showing* preliminary injunction, Defendants, their officers, employees, subsidiaries, attorneys, accountants, *of diligence, emergency, and impracticability of notice.* agents, and any other person or entity acting on behalf of or in concert with them, be and are

temporarily enjoined and restrained from in any manner, either directly or indirectly, committing any acts set forth above which are sought to be enjoined by Plaintiff; and it is further

ORDERED, that the Temporary Restraining Order shall remain in effect until the date for hearing on the Order to Show Cause (set forth above), or such other dates as set by the Court, unless Defendants stipulate, or have not objected, to the Preliminary Injunction, and it is further

ORDERED, that Plaintiff shall post a bond, check, cash or credit card payment in the amount of $5,000, in a form acceptable to the Clerk of Court, as security for the payment of such costs and damages as may be incurred or suffered by Defendants, or any party who is subsequently found to be wrongfully enjoined or restrained hereby; and it is further

ORDERED, that personal service, a copy by overnight delivery and registered electronic mail of this Order, and the supporting memorandum of law, declaration(s), and exhibits, be made on Defendants no later than _May 27_, 2022 at _5 p_.m, and that such service be deemed sufficient service; and it is further

ORDERED, that Defendants' answering papers, if any, shall be filed with the Court and served upon Plaintiff's counsel, Tarter Krinsky & Drogin LLP, 1350 Broadway, New York, New York 10018, by overnight delivery and/or email no later than _June 10_, 2022, and Plaintiff's reply papers in further support of its application shall be filed with the Court and served upon Defendants and/or Defendants' counsel, _____, by overnight delivery and/or email no later than _June 17_, 2022.

Defendants are hereby put on notice that failure to attend the show cause hearing scheduled herein may result in the immediate issuance of the preliminary injunction, which may be deemed to take effect immediately upon expiration or dissolution of the temporary restraining order herein,

3

~~and shall extend during the pendency of this suit the same injunctive relief previously granted by~~ ~~the temporary restraining order~~. Defendants are hereby further noticed that they may be deemed to have actual notice of the issuance and terms of such preliminary injunction, and any act by them in violation of any of its terms may be considered and prosecuted as contempt of this Court. ✱

Dated: _May 24_____, 2022

_____
United States District Judge

✱ The parties shall set up a telephone or video status conference with chambers at 2:30 pm on June 21, 2022.

4