TARTER KRINSKY & DROGIN LLP
Mark Berkowitz
Nels T. Lippert, *admitted pro hac vice*
Chandler Sturm, *admitted pro hac vice*
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
mberkowitz@tarterkrinsky.com
nlippert@tarterkrinsky.com
csturm@tarterkrinsky.com

*Attorneys for Plaintiff*
*Times Three Clothier, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| TIMES THREE CLOTHIER, LLC,<br><br>        *Plaintiff*,<br><br>  v.<br><br>RACK'S OFFPRICE, RICHARD DWECK, DEBRA DWECK, CHEAP MAGGIE'S, LLC, JOSEPH DWECK and ALAN JACOBS,<br><br>        *Defendants*. | Civ. Action No. 22-cv-3013-KM-MAH<br><br>**MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**<br><br>**RETURN DATE:** August 14, 2022 |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting Declaration of Nels T. Lippert, and upon all prior pleadings, papers and proceedings heretofore had herein, Plaintiff Times Three Clothier, LLC's ("Plaintiff" or "TTC"), by and through its counsel Tarter Krinsky & Drogin LLP, will move before the Honorable Kevin McNulty, U.S.D.J. at the United States District Court for the District of New Jersey, at the Courthouse located at 2 Federal Square, PO 04, Newark, NJ 07101, on the 15th day of August 2022, at _____.m, or as soon thereafter as counsel may be heard, for an Order granting TTC leave

to conduct expedited discovery in advance of a Federal Rule of Civil Procedure 26(f) conference, together with such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: July 19, 2022

TARTER KRINSKY & DROGIN LLP

By: _s/ Mark Berkowitz_

Mark Berkowitz
Nels T. Lippert, *admitted pro hac vice*
Chandler Sturm, *admitted pro hac vice*
1350 Broadway
New York, NY 10018
Tel.:     (212) 216-8000
Fax:      (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com
          nlippert@tarterkrinsky.com
          csturm@tarterkrinsky.com

***Attorneys for Plaintiff***
***Times Three Clothier, LLC***

2

007270\37\130199684.v1