TARTER KRINSKY & DROGIN LLP
Mark Berkowitz
Nels T. Lippert, *admitted pro hac vice*
Chandler Sturm, *admitted pro hac vice*
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
mberkowitz@tarterkrinsky.com
nlippert@tarterkrinsky.com
csturm@tarterkrinsky.com

*Attorneys for Plaintiff*
*Times Three Clothier, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMES THREE CLOTHIER, LLC,<br><br>        *Plaintiff*,<br><br>   v.<br><br>RACK'S OFFPRICE, RICHARD DWECK, DEBRA DWECK, CHEAP MAGGIE'S, LLC, JOSEPH DWECK and ALAN JACOBS,<br><br>        *Defendants*. | Civ. Action No. 22-cv-3013-KM-MAH<br><br>**[PROPOSED] ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY** |

THIS MATTER having been brought before the Court on Plaintiff Times Three Clothier, LLC's ("Plaintiff" or "TTC"), by and through its counsel Tarter Krinsky & Drogin LLP, by way of Motion for Leave to Conduct Expedited Discovery pursuant to Federal Rule of Civil Procedure 26(d); and the Court having considered the papers filed in support, including the Memorandum of Law and supporting Declaration of Nels T. Lippert and for good and sufficient cause having been shown;

IT IS ON THIS _____ day of _____, 2022,

ORDERED, that TTC's Motion for Leave to Conduct Expedited Discovery in advance of a Federal Rule of Civil Procedure Rule 26(f) conference is GRANTED; and it is further

ORDERED, that TTC has leave to serve subpoenas pursuant to Federal Rule of Civil Procedure 45 on eBay Inc. ("eBay") and Bonanza (collectively, "Third Party Platforms") pertaining to the scope of Defendants' infringement, specifically the number of units sold and the dollar amounts of Defendants' sales of YUMMIE-branded products through the respective "Rack's OffPrice" storefronts; and it is further

ORDERED, that TTC has leave to serve document requests (Fed. R. Civ. P. 34) and interrogatories (Fed. R. Civ. P. 33) on Defendants Racks OffPrice and Cheap Maggie's, LLC pertaining to the scope of Defendants' infringement, specifically the number of units sold and the dollar amounts of Defendants' sales of YUMMIE-branded products through the Rack's Website https://racksoffprice.com/ and "Rack's OffPrice" storefronts on eBay and Bonanza.


Dated: _____, 2022          _____

                                        Hon. Kevin McNulty
                                        United States District Judge

2