IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMES THREE CLOTHIER, LLC, <br><br> *Plaintiff*, <br><br><br> v. <br><br><br> RACK'S OFFPRICE, RICHARD DWECK, DEBRA DWECK, CHEAP MAGGIE'S, LLC, JOSEPH DWECK and ALAN JACOBS, <br><br><br> *Defendants*. | Civ. Action No. 2:22-cv-03013-KM-MAH |

## PRELIMINARY INJUNCTION ORDER

WHEREAS, this matter having been brought before the Court by Plaintiff Times Three Clothier, LLC ("Plaintiff" or "TTC") on May 24, 2022 against Defendants Rack's OffPrice, Richard Dweck, Debra Dweck, Cheap Maggie's, LLC, Joseph Dweck and Alan Jacobs (individually and collectively, "Defendants") alleging a claim for copyright infringement; and

WHEREAS, this Court has jurisdiction over the subject matter of this action, and over Plaintiff and Defendants; and

WHEREAS, Plaintiff moved for an Order to Show Cause why an order should not be entered preliminarily enjoining and restraining Defendants from copying, making derivative works, reproducing, duplicating, disseminating, distributing copies of, or displaying photographs copied or derived from Plaintiff's copyrighted photographs, including photographs that are the

subject of U.S. Copyright Registration Nos. VAu 1-454-891, VAu 1-466-094, VAu 1-466-135, and VAu 1-461-304 ("the Copyrighted Photos"); and

WHEREAS, this Court signed the order to show cause on May 24, 2022 and set the matter down for a hearing; and

WHEREAS, Plaintiff served the order, supporting memorandum of law, declaration, and exhibits, and the Summons, Complaint, and supporting exhibits, on each Defendant; and

WHEREAS, Plaintiff's application for a preliminary injunction was heard before the Honorable Kevin McNulty, United States District Judge, on the 27th day of July, 2022; and

WHEREAS, Plaintiff appeared by its counsel, Defendant Alan Jacobs appeared pro se, and there having been no other appearances; and

WHEREAS, Defendant Alan Jacobs voluntarily agreed on the record to cease using the subject photographs within 14 days;

NOW, THEREFORE, on presentation and consideration of Plaintiff's application for a preliminary injunction, including the memorandum of law and declaration in support thereof, the pleadings, and the entire record in this case, and the Court having heard oral argument,

IT IS this 28th day of July, 2022,

ORDERED, that Defendants, their agents, servants, employees, attorneys, successors, assigns, and all persons, firms, and corporations acting in concert or participation with said defendants, are hereby restrained and enjoined from:

A. copying, making derivative works, reproducing, duplicating, disseminating, distributing copies of, or displaying photographs copied or derived from Plaintiff's Copyrighted Photos; and

2

B. otherwise directly or indirectly infringing, in any manner, any of Plaintiff's copyrights or other rights (whether now in existence or hereafter created), including, without limitation, the Copyrighted Photos; and it is further

ORDERED, that within fourteen (14) days following the date of entry of this Order, Defendants, their agents, servants, employees, attorneys, successors, assigns, and all persons, firms, and corporations acting in concert or participation with said defendants, remove any prior materials, posts, or photos in violation of the foregoing, including Plaintiff's Copyrighted Photos displayed on https://racksoffprice.com/ and the selling pages on any third-party platform, including, but not limited to, those made available on eBay.com and Bonanza.com; and it is further

ORDERED, that service of a copy of this Order, shall be made upon Defendants by overnight delivery, and that such service be deemed sufficient service; and it is further

ORDERED, that this Order shall remain in effect during the pendency of this action, or until further order of this Court. No bond will be required.

/s/ Kevin McNulty

Hon. Kevin McNulty
United States District Judge

3